IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY WALKER                                                              PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:09CV554JCS

DR. SINDU.                                                                DEFENDANT

## JUDGMENT

Based on plaintiff's failure to exhaust as set forth in the record at the December 2, 2009 omnibus hearing, it is hereby ORDERED AND ADJUDGED that the complaint of Larry Walker is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 11th day of December, 2009.

_/s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE